AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Berman, Richard M. | 2. Court or Organization<br><br>U.S. District Court - S.D.N.Y. | 3. Date of Report<br><br>06/27/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

U.S. District Court
500 Pearl Street
New York, NY 10007

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apple Inc | A | Dividend | L | T | Sold (part) | 11/13/18 | K | | |
| 2. Liberty Media Corp Liberty Cap Cl A | A | Dividend | K | T | | | | | |
| 3. LM CBA Equity Income Builder Fund CL A | A | Dividend | K | T | | | | | |
| 4. Morgan Stanley Money Market Fund | A | Interest | L | T | | | | | |
| 5. US Treasury Inflation Index NTS CPI Non Seasonally | A | Interest | M | T | | | | | |
| 6. SPDR S&P 500 ETF Trust | C | Dividend | M | T | Sold (part) | 03/08/18 | M | | |
| 7. | | | | | Sold (part) | 08/16/18 | K | | |
| 8. | | | | | Sold (part) | 08/16/18 | J | | |
| 9. | | | | | Sold (part) | 08/16/18 | K | | |
| 10. | | | | | Sold (part) | 09/05/18 | M | | |
| 11. | | | | | Sold (part) | 10/05/18 | K | | |
| 12. Liberty Media Corp Liberty Cap com Ser A | | None | K | T | | | | | |
| 13. SPDR Gold Trust | | None | J | T | | | | | |
| 14. Vanguard 500 Index Trust | C | Distribution | | | Sold | 11/16/18 | N | | |
| 15. Vanguard Total Intl Index | C | Distribution | | | Sold | 11/16/18 | N | | |
| 16. Vanguard Total Stock Index | D | Distribution | M | T | | | | | |
| 17. Ishares Russell 2000 Index Fund | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. UTS SPDR Trust Ser 1 | C | Dividend | L | T | | | | | |
| 19. TSASC Inc NY TOB Settlement Asset | C | Interest | L | T | | | | | |
| 20. New York ST Urban Dev Corp Rev Personal Income Tax | B | Interest | M | T | | | | | |
| 21. T-C Infl Lnkd Bond Rtmt | A | Distribution | K | T | | | | | |
| 22. T-C Lifecycle 2020 Rtmt | | None | K | T | | | | | |
| 23. T-C Lifecycle Rtmt Inc Rtmt | A | Distribution | K | T | | | | | |
| 24. Property Indian River County, FL | E | Rent | L | W | | | | | |
| 25. SPDR Gold Trust | | None | K | T | | | | | |
| 26. Ishares TR Dow Jones US | A | Dividend | J | T | | | | | |
| 27. Union Pacific corp | A | Dividend | K | T | | | | | |
| 28. Rydex ETR TR Index Fund | A | Dividend | J | T | | | | | |
| 29. New York State Dorm Auth Pers Inc Tax Rev 2/15/2022 | B | Interest | L | T | | | | | |
| 30. Spartan Total Market Index | A | Interest | K | T | | | | | |
| 31. Spartan Small Cap Index | A | Interest | K | T | | | | | |
| 32. Costco Wholesale Crp | A | Dividend | K | T | Buy (add'l) | 07/09/18 | J | | |
| 33. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 34. Goldman Sachs Group Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Liberty Media Corporation.com | A | Dividend | J | T | | | | | |
| 36. Netflix | A | Dividend | | | Sold (part) | 08/03/18 | J | | |
| 37. | | | | | Sold | 11/13/18 | K | | |
| 38. Liberty Media Corp Ser A | | None | K | T | | | | | |
| 39. United States Treasury Bill | B | Interest | M | T | | | | | |
| 40. Liberty Spinco Inc Cl A | A | Dividend | J | T | | | | | |
| 41. Invisa Inc | A | Dividend | J | T | | | | | |
| 42. Stratasys LTD | A | Dividend | J | T | | | | | |
| 43. Guggenheim S&P 500 Equal Weight | A | Dividend | | | Sold | 03/08/18 | L | | |
| 44. Vanguard S&P 500 ETF | A | Dividend | K | T | Sold (part) | 03/08/18 | K | | |
| 45. | | | | | Sold (part) | 08/03/18 | J | | |
| 46. | | | | | Sold (part) | 09/05/18 | K | | |
| 47. Liberty NY Dev Corp 10/1/2037 | D | Interest | M | T | | | | | |
| 48. Vanguard TTL Stk Mkt ETF | A | Dividend | K | T | Sold (part) | 03/08/18 | K | | |
| 49. | | | | | Sold (part) | 08/16/18 | J | | |
| 50. AB High Income A | A | Dividend | | | Sold | 04/12/18 | J | | |
| 51. Metropolitan Trans Auth 11/15/2024 | B | Interest | | | Sold | 08/24/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  The Carlyle Group LP | C | Dividend | | | Sold | 12/20/18 | K | | |
| 53.  NYC Trans Fin Auth Ser C 11/1/2035 | D | Interest | | | Sold (part) | 11/16/18 | L | | |
| 54. | | | | | Sold | 12/20/18 | K | | |
| 55.  Nassau Cnty Genl Oblig Ser B 4/1/2022 | B | Interest | | | Sold | 12/20/18 | K | | |
| 56.  First Trust DJ Internet IDX | | None | | | Sold | 11/13/18 | J | | |
| 57.  Vanguard Info Tech | A | Dividend | | | Sold | 08/08/18 | J | | |
| 58.  NYS Dorm Auth Suppor 10/1/2020 | D | Interest | | | Sold | 08/23/18 | M | | |
| 59.  Rockland Cnty Genl Oblig Pub Ser C 5/1/2021 | D | Interest | | | Sold | 08/23/18 | M | | |
| 60.  NYC Hsg Develp Multi Fam Rev G 11/1/2020 | A | Interest | | | Sold | 01/11/18 | L | | |
| 61.  US Treasury Bill 3/16/2017 | A | Interest | L | T | | | | | |
| 62.  Amazon Com Inc | A | Dividend | J | T | Buy (add'l) | 06/08/18 | J | | |
| 63. | | | | | Buy (add'l) | 07/05/18 | K | | |
| 64. | | | | | Sold (part) | 11/13/18 | K | | |
| 65.  Clearbridge Large Cap GRT ETF | A | Dividend | | | Sold | 09/05/18 | J | | |
| 66.  Lululemon Athletica Inc | | None | | | Sold | 11/13/18 | J | | |
| 67.  Tucows Inc | | None | | | Sold (part) | 08/03/18 | J | | |
| 68. | | | | | Sold | 08/08/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BOFI Hldg Inc | | None | | | Sold | 08/03/18 | J | | |
| 70. Ishares Russell Top 200 G ETF | B | Dividend | | | Sold (part) | 09/05/18 | K | | |
| 71. | | | | | Sold | 11/13/18 | K | | |
| 72. The Financial Sel Sect SPDR Fd | A | Dividend | | | Sold (part) | 06/05/18 | J | | |
| 73. | | | | | Sold | 09/05/18 | J | | |
| 74. Metropolitan Trans Auth NY Rev 11/15/2021 | C | Interest | | | Sold (part) | 08/23/18 | L | | |
| 75. | | | | | Sold | 12/20/18 | L | | |
| 76. Wappingers Cent Sch Dist NY 12/01/2025 | B | Interest | | | Sold | 07/23/18 | M | | |
| 77. Vanguard Mega Cap Growth ETF | A | Dividend | | | Sold | 08/08/18 | J | | |
| 78. Morgan Stanley | A | Dividend | | | Sold | 12/20/18 | J | | |
| 79. Chicago Ill 1/1/2023 | C | Interest | | | Sold | 10/29/18 | L | | |
| 80. Dunkirk NY 3/15/2031 | A | Interest | M | T | | | | | |
| 81. Monroe Cnty NY 7/1/2033 | D | Interest | | | Sold (part) | 09/27/18 | K | | |
| 82. | | | | | Sold | 11/14/18 | M | | |
| 83. NY ST Urban Dev Corp Rev A 3/15/2034 | B | Interest | | | Sold | 11/16/18 | M | | |
| 84. Metropolitan Tran Auth Trans Rev Ref B 11/15/2030 | C | Interest | | | Sold | 11/14/18 | M | | |
| 85. Triborough Bridge Ref B 11/15/2025 | C | Interest | | | Sold | 11/16/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Lord Abbett Ultra Short Bd A | A | Dividend | | | Buy | 08/08/18 | L | | |
| 87. | | | | | Buy (add'l) | 09/07/18 | M | | |
| 88. | | | | | Sold (part) | 08/15/18 | L | | |
| 89. | | | | | Sold (part) | 10/03/18 | M | | |
| 90. | | | | | Sold | 10/03/18 | L | | |
| 91. United States Treasury Bill 7/5/18 | A | Interest | M | T | Buy | 04/02/18 | M | | |
| 92. European Monetary Unit Savings Dep | A | Interest | J | T | Buy | 05/29/18 | J | | |
| 93. Time Warner Inc | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 94. US Treasury Bill Matures 10/11/18 | A | Interest | M | T | Buy | 07/09/18 | M | | |
| 95. US Treasury Bill Matures 11/15/18 | A | Interest | L | T | Buy | 08/13/18 | L | | |
| 96. US Treasury Bill Matures 3/28/19 | A | Interest | L | T | Buy | 12/24/18 | L | | |
| 97. US Treasury Bill Matures 1/17/19 | A | Interest | M | T | Buy | 10/15/18 | M | | |
| 98. US Treasury Bill Matures 4/11/19 | A | Interest | M | T | Buy | 10/09/18 | M | | |
| 99. Lions Gate Enertainment Corp | A | Dividend | | | Buy | 01/03/18 | J | | |
| 100. | | | | | Sold | 08/08/18 | J | | |
| 101. Clearbridge Dividend Strat A | A | Dividend | | | Buy | 01/03/18 | K | | |
| 102. | | | | | Sold | 11/13/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. US Treasury Bill 7/5/18 | A | Interest | N | T | Buy | 04/09/18 | N | | |
| 104. Yonkers NY Serial Genl Oblig Ser A 9/1/24 | A | Interest | K | T | Buy | 06/07/18 | K | | |
| 105. Discovery Inc Ser A | A | Dividend | K | T | Buy | 06/13/18 | K | | |
| 106. | | | | | Buy (add'l) | 06/13/18 | J | | |
| 107. NYC Mun Water 6/15/23 | B | Interest | | | Buy | 08/23/18 | M | | |
| 108. | | | | | Sold | 11/14/18 | M | | |
| 109. NYC Gen Oblig Ser C 8/1/22 | B | Interest | | | Buy | 08/23/18 | M | | |
| 110. | | | | | Sold | 11/14/18 | M | | |
| 111. NYC Gen Oblig Ser B-1 8/1/22 | B | Interest | | | Buy | 08/24/18 | M | | |
| 112. | | | | | Sold | 11/14/18 | M | | |
| 113. US Treasury Bill 10/11/18 | A | Interest | M | T | Buy | 07/09/18 | M | | |
| 114. US Treasury Bill 1/17/19 | A | Interest | M | T | Buy | 10/15/18 | M | | |
| 115. US Treasury Bill 4/11/19 | A | Interest | M | T | Buy | 10/09/18 | M | | |
| 116. Utility Debt Secur Auth 12/15/25 | A | Interest | M | T | Buy | 11/19/18 | M | | |
| 117. Suffolk Cnty 10/15/22 | A | Interest | M | T | Buy | 11/19/18 | M | | |
| 118. NYS Dorm Auth School 10/1/25 | A | Interest | M | T | Buy | 11/19/18 | M | | |
| 119. Bridgehampton NY UFSD 3/15/24 | A | Interest | M | T | Buy | 11/19/18 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Bay Shore NY UFSD 1/15/24 | A | Interest | L | T | Buy | 11/19/18 | L | | |
| 121. Suffolk Cnty NY Reg A 2/1/25 | A | Interest | M | T | Buy | 11/26/18 | M | | |
| 122. Sales Tax Asset 10/15/26 | A | Interest | M | T | Buy | 11/26/18 | M | | |
| 123. NYS Urban Develop 3/15/26 | A | Interest | M | T | Buy | 11/26/18 | M | | |
| 124. Nassau Cnty Genl Oblig Reg A 1/1/28 | A | Interest | L | T | Buy | 11/26/18 | L | | |
| 125. Battery Park Auth Rev A 11/1/28 | A | Interest | L | T | Buy | 11/26/18 | L | | |
| 126. Yonkers NY 9/1/24 | A | Interest | L | T | Buy | 12/03/18 | L | | |
| 127. Triborough Bridge Tunnel ref B 11/15/24 | A | Interest | L | T | Buy | 12/03/18 | L | | |
| 128. Rensselaer Cnty 8/1/27 | A | Interest | K | T | Buy | 12/03/18 | K | | |
| 129. US Treasury Bill 3/28/19 | A | Interest | N | T | Buy | 12/24/18 | N | | |
| 130. AT&T Inc | A | Dividend | J | T | Buy | 06/11/18 | J | | |
| 131. | | | | | Sold (part) | 08/03/18 | J | | |
| 132. | | | | | Sold (part) | 11/13/18 | J | | |
| 133. Axos Finl Inc | A | Dividend | | | Buy | 01/06/18 | J | | |
| 134. | | | | | Sold | 11/13/18 | J | | |
| 135. Invesco S&P 500 Equal Weight | A | Interest | | | Buy | 01/05/18 | L | | |
| 136. | | | | | Sold | 08/03/18 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. American Fundamental Inv | A | Dividend | | | Buy | 01/03/18 | K | | |
| 138. | | | | | Sold (part) | 01/04/18 | J | | |
| 139. | | | | | Sold | 03/06/18 | K | | |
| 140. Fidelity 500 Index Premium | A | Dividend | | | Buy | 01/10/18 | L | | |
| 141. | | | | | Sold | 03/06/18 | L | | |
| 142. Fidelity T/M Inx Premium | A | Dividend | | | Buy | 01/10/18 | L | | |
| 143. | | | | | Sold | 03/06/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/27/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Original report did not include information on Triborough Bridge Ref B 11/15/2025. It has been added to Line 87.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard M. Berman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544